# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | WGT | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6396558 | Mertl | 1436 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/28/2019 1840
Offense Charged: 36 CFR 4.21(c)
Place of Offense: Hwy 89 nr Pilgrim Creek Bridge

Offense Description: Speeding - 76mph / 45mph

### DEFENDANT INFORMATION
Last Name: Blum
First Name: Alexander
MI: S

Tag No: 1374418
State: CO
Year: 07
Make/Model: Volvo/XC
Color: Gry

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount
$30 Processing Fee
PAY THIS AMOUNT → $    Total Collateral Due

### YOUR COURT DATE
Date: 11/14/2019
Time: 09:00

X Defendant Signature

(Rev. 03/2015)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/11/2019
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident